# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ALESHA MARIE McBRIDE,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　**CASE NO. 4:15cv59-MW/CAS**

**CAROLYN W. COLVIN,**
**Acting Commissioner of Social**
**Security,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

The Defendant filed an Unopposed Motion for Remand Under Sentence Four of 42 U.S.C. § 405(g) requesting entry of judgment, with reversal and remand of the cause to the Acting Commissioner for further administrative proceedings. ECF No. 25. A sentence four remand is discretionary, but requires that the court enter a judgment affirming, modifying, or reversing the decision of the Acting Commissioner. The proper option in this case is to reverse the Acting Commissioner's decision and remand. Shalala v. Schaefer, 509 U.S. 292 (1993).

Accordingly, it is **RECOMMENDED** that Defendant's unopposed motion, ECF No. 25, be **GRANTED** and that the order adopting this Report and Recommendation direct the Clerk to enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, reversing the decision of the Acting Commissioner, and remanding this case to the Acting Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on February 17, 2016.

<u>s/ Charles A. Stampelos</u>
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 14 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.