IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ALESHA MARIE McBRIDE**,

    **Plaintiff,**

v.    Case No. 4:15cv59-MW/CAS

**CAROLYN W. COLVIN,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 26. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment pursuant to Federal Rule of Civil Procedure 58 stating, "The Defendant's Unopposed Motion for Remand under Sentence Four of 42 U.S.C. § 405(g) is **GRANTED**. ECF No. 25. The decision of the Acting Commissioner is **REVERSED** and this cause is **REMANDED** to the

1

Acting Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings." The Clerk shall close the file.

**SO ORDERED on March 21, 2016.**

<u>**s/Mark E. Walker**</u> ____
**United States District Judge**